**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-00781-RBJ

MEGAN PITZ,

    Plaintiff,

v.

COLORADO SEMINARY,
d/b/a UNIVERSITY OF DENVER,

    Defendants.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Megan Pitz and Defendant Colorado Seminary, d/b/a University of Denver, jointly stipulate to the voluntary dismissal of this action in its entirety with prejudice, as the parties have reached a resolution. Each party will bear their own attorney fees and costs.

Respectfully submitted April 23, 2020.

| | |
|---|---|
| *s/ Igor Raykin* | *s/ Jim Goh* |
| Igor Raykin, Esq. | Jim Goh |
| Makenzie Bogart, Esq. | Rayner Mangum |
| Kishinevsky & Raykin, LLC | Constangy Brooks Smith & Prophete LLP |
| 2851 S. Parker Road, Suite 150 | 600 17th Street Suite 2700-S |
| Aurora, Colorado 80014 | Denver, CO 80202 |
| Tel: (720) 767-1846 | Tel: 720-343-7533 |
| Fax: (720) 523-8135 | Fax: 720-343-7571 |
| Email: igor@coloradolawteam.com | Email: jgoh@constangy.com |
| Counsel for Plaintiff | Counsel for Defendant |

## CERTIFICATE OF SERVICE

   I hereby certify that on this 23rd day of April, 2020, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Igor Raykin, Esq.
E-mail: igor@coloradolawteam.com
Attorney for Plaintiff

Makenzie Bogart, Esq.
E-mail: makenzie@coloradolawteam.com

Attorney for Plaintiff

               *s/ Hannah Owen*
               Hannah Owen, Paralegal

6686750v.1